# United States District Court
## *Southern District of Georgia*

Anthony Grant,

   Plaintiff

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV418-232

Commissioner Andrew Saul,

   Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order entered March 6, 2020, the Report and Recommendation

of the Magistrate Judge is ADOPTED as the opinion of this Court. The Commissioner's final

decision id AFFIRMED. This case stands closed.

March 6, 2020
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk